## No. 5185.

JUREY & HARRIS VS. MARY J. HORD AND HUSBAND.

A non-resident married woman cannot take an appeal from a judgment against her,
rendered without personal appearance in the lower court, but through the appoint-
ment of a curator *ad hoc*, unless authorized thereto by her husband or the court.

APPEAL from the Fourth District Court of New Orleans. Theard, J.

*Semmes & Mott* for Plaintiffs. *Hunton* for Defendant Appel-
lant.

SPENCER, J. Defendants reside in Mississippi. Plaintiffs sued
them by attachment, alleging that Mrs. Hord was indebted to them
on account. Jos. Hoy & Co. were made garnishees. A curator *ad
hoc* was appointed for the defendants, who made no personal appear-
ance in the court below. Hoy & Co. pending the suit went into
bankruptcy. The court below gave judgment in favor of plaintiffs
On March 5, 1874, Mrs. Mary J. Hord presented by her attorneys
against Mrs. Hord. This judgment was rendered May 24, 1872.

her petition praying for an appeal from said judgment. This appeal was granted, and our predecessors affirmed the judgment of the lower court, Mr. Justice Wyly dissenting. Application for a rehearing was made, and the present court granted the rehearing which is now before us for consideration.

Our attention has been called to the fact that this appeal has been taken by the wife without the authorization of her husband, or the court. We agree with the opinion of Mr. Justice Wyly that the proper disposition of the case is to dismiss the appeal, the wife having no capacity to prosecute it without authority of the husband or the court. 21 A. 576.

*It is therefore ordered that this appeal be dismissed.*